Docket as of September 9, 2004 9:09 pm        Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

### CIVIL DOCKET FOR CASE #: 04-CV-1591

**Duhe v. Pfizer Inc**        04cv12280 PBS

Filed: 06/07/04
Assigned to: Judge Carl J. Barbier
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 370
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Fraud

---

| | |
|---|---|
| JOYCE B DUHE, individually and on behalf of others similarly situated<br>plaintiff | Dane S. Ciolino<br>504-324-0143 FAX<br>[COR LD NTC]<br>Dane S. Ciolino, Attorney at Law<br>P. O. Box 850848<br>New Orleans, LA 70185-0848<br>504-861-5652 |
| v. | |
| PFIZER INC, individually and as successor in interest to Parke-Davis and Warner Lambert<br>defendant | Henri Wolbrette, III<br>504-596-2800 FAX<br>[COR LD NTC]<br>Kathleen Ann Manning<br>504-596-2800 FAX<br>[COR]<br>Mindy Brickman Patron<br>504-586-2800 FAX<br>[COR]<br>McGlinchey Stafford, PLLC<br>643 Magazine St.<br>New Orleans, LA 70130-3477<br>504-586-1200 |

## DOCKET PROCEEDINGS

DATE   #   IMG           DOCKET   ENTRY

| Date | # | Entry |
|---|---|---|
| 6/7/04 | 1 | COMPLAINT; 1 summons(es) issued (dno) [Entry date 06/08/04] |
| 6/7/04 | -- | Payment of filing fee by plaintiff Joyce B Duhe in the amount of $ 150.00. (dno) [Entry date 06/08/04] |
| 6/10/04 | 2 | ORDER OF TRANSFER of case to Section J, Judge Carl J. Barbier and to MAG-3. by Judge Helen G. Berrigan (dno) [Entry date 06/10/04] |
| 6/14/04 | 3 | RETURN OF SERVICE of summons and complaint upon defendant Pfizer Inc on 6/8/04 (dmg) [Entry date 06/14/04] |
| 6/22/04 | 5 | Motion by defendant Pfizer Inc and ORDER extending time to answer pla's complaint an addl 20 days, by Judge Helen G. Berrigan Date 6/23/04 (sek) [Entry date 06/24/04] |
| 6/23/04 | 4 | Memorandum by plaintiffs in opposition to ASEA/AFSCME Local 52 Health Benefits Trust's & Brian Krath's mtn for transfer & consolidation into In Re Neurontin Antitrust Litigation, MDL #1479 & Requests formation of a separate MDL for transfer & consolidation of these cases (sek) [Entry date 06/24/04] |
| 7/14/04 | 6 | PLAINTIFF'S AMENDED complaint [1-1]; no new parties added; 1 summons(es) issued (sek) [Entry date 07/15/04] |
| 7/21/04 | 8 | Statement of Interest for appointment to plas' steering committee & liaison counsel (sek) [Entry date 07/30/04] |
| 7/26/04 | 7 | RETURN OF SERVICE of summons and 1st amd complaint upon defendant Pfizer Inc on 7/14/04 (sek) [Entry date 07/26/04] |
| 8/16/04 | 9 | Notice by MDL Panel of hrg to be held on 9/30/04 re motions for centralization of certain actions (sek) [Entry date 08/19/04] |
| 8/23/04 | 10 | Motion by plaintiff Joyce B Duhe for class certification pursuant to FRCP 23 and UNSIGNED ORDER (ca) [Entry date 08/27/04] |
| 8/26/04 | 11 | MINUTE ENTRY (8/25/04) ORDERED that pla's motion for class certification pursuant to FRCP 23 [10-1] is DENIED without prejudice to the parties right to re-file it before the MDL judge, once appointed; FURTHER ORDERED that the 90-day deadline codified at L.R. 23.1(B) is extended without date so that a new deadline may be established by the ultimate MDL judge; FURTHER ORDERED that this order shall apply to C.A. 04-1547 and 04-1591; by Judge Carl J. Barbier (ca) [Entry date 08/27/04] |

Case Flags:
MAG-3

END OF DOCKET: 2:04cv1591

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:29:53 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:04cv01591 |
| Billable Pages: | 2 | Cost: | 0.14 |