# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

FILED
IN CLERKS OFFICE

2004 NOV 17  P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

November 8, 2004

Mr. Tony Anastas
Clerk, United States District Court
Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

                                              Re:    Multidistrict Litigation No. 1629
                                                          Duhe, et al
                                                          vs.
                                                          Pfizer, Inc.
                                                          Civil Action No. 04-1591, J (3)
                                                          Your Case No. C.A. 1:04cv12280 PBS

Dear Mr. Tony Anastas:

     Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

     Please acknowledge receipt on the enclosed copy of this letter.

                                                          Very truly yours,

                                                          LORETTA G. WHYTE, CLERK

                                                          By _____
                                                               Deputy Clerk

Enclosures